IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

RALPH SMITH,

    Petitioner,

v.

JOSE VAZQUEZ,

    Respondent.

CIVIL ACTION NO.: CV206-275

## O R D E R

Petitioner's Motion for Publication of the undersigned's Report and Recommendation in the "Federal Supplement" is **denied**.

**SO ORDERED**, this 8th day of March, 2007.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)